UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Kimberly J. Mueller
United States District Judge
Sacramento, California

                                  **RE:    Jose DELGADILLIO-ARCE**
                                              **Docket Number: 2:13CR00155-01**
                                              **PERMISSION TO TRAVEL**
                                              **OUTSIDE THE COUNTRY**

Your Honor:

The offender is requesting permission to travel to Mexico. Mr. Delgadillio-Arce is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On May 4, 2009, Mr. Delgadillio-Arce was sentenced in the Southern District of California for the offense of 31 USC 5332(a)(1) - Bulk Cash Smuggling (CLASS D FELONY). Transfer of jurisdiction from the Southern District of California to the Eastern District of California was accepted May 6, 2013.

**Sentence Imposed:** 10 months custody Bureau of Prisons; 36 month term of supervised release; $100 special assessment; Mandatory drug testing; Not possess firearms; and Submit to DNA testing.

**Dates and Mode of Travel:** Departs September 20, 2013; returns September 23, 2013. Mode of travel: Air travel.

**Purpose:** Previously, on July 19, 2011, December 16, 2012, and April 18, 2013, the Probation Office in the Southern District of California authorized the offender to travel to Mexico to visit his wife and children. The offender is again requesting travel to Mexico to visit family.

RE: Jose DELGADILLIO-ARCE
Docket Number: 2:13CR00155-01
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Mr. Delgadillo-Arce has presented no issues during supervision. He maintains appropriate contact with the United States Probation Office, and he is gainfully employed. I have no objection to this travel.

Respectfully submitted,

/s/ Julie A. Fowler

**JULIE A. FOWLER**
**United States Probation Officer**

DATED: September 17, 2013
Roseville, California
/jaf

/s/ Michael A. Sipe

**REVIEWED BY:**
**MICHAEL A. SIPE**
**Supervising United States Probation Officer**

---

ORDER OF THE COURT:

__X__ Approved  _____ Disapproved

September 18, 2013
Date

UNITED STATES DISTRICT JUDGE

2
Rev. 05/2006
TRAVEL ~ OUTSIDE COUNTRY COURT MEMO.MRG